===============================================================================

\* \* \* \* \* **UNITED STATES DISTRICT COURT** \* \* \* \* \*

___<u>NORTHERN</u>___  **DISTRICT OF**  ___<u>NEW YORK</u>___

**AMENDED JUDGMENT IN A CIVIL CASE**

**DOCKET NO.**   1:05cv299 (LEK/DRH)

**DIEGO JARAMILLO,**

        **Plaintiff(s),**

**JAMES OLSON, et al.,**

        **Defendant(s).**

_____      **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__x__      **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that this action is dismissed based on abandonment of action and Judgment is entered in favor of the Defendants, all in accordance with the Order to Show Cause of the Hon. David R. Homer, U.S. Magistrate Judge, dated 2/16/06.

*[signature]*
Clerk of Court

**DATE: <u>March 9, 2006</u>**

s/WILLIAM J. GRIFFIN

By: _____

DEPUTY CLERK